# AFFIDAVIT OF SERVICE

Index #: 614160/2020
Date Filed: October 1, 2020
Court Date:
Assigned Justice:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

ATTORNEY(S): PH:
ADDRESS: File No.: 11297

**STEPHEN DAVIDSON**

vs.                                                                 Plaintiff

**ST. HUGH OF LINCOLN ROMAN CATHOLIC CHURCH**

Defendant

STATE OF New York, COUNTY OF SUFFOLK SS.:

TINA ARCURI, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On **Tuesday, October 6, 2020** at **11:28 AM**.

at **21 EAST 9TH STREET, HUNTINGTON STATION, NY 11743** deponent served the within

**NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND COMPLAINT JURY TRIAL DEMANDED**

on: **ST. HUGH LINCOLN ROMAN CATHOLIC CHURCH**

Defendant therein named.
The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 CORPORATION** [X] By delivering to and leaving with **ANNA LLANO, ADMINISTRATIVE ASSISTANT** and that deponent knew the person so served to be the authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

**#2 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)
Sex: Female   Color of skin: Tan   Color of hair: Brown   Age: 50-55   Height: 5ft4in-5ft8in
Weight: 131-160 lbs   Other Features:

**#3 WIT. FEES** [ ] $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER**

Sworn to before me on 10/07/2020

SUSAN CORTINA
Notary Public State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

TINA ARCURI
Server's Lic #
InvoiceWorkOrder 2242137

NICOLETTI & HARRIS INC., 101 AVENUE OF THE AMERICAS 9TH FLOOR NEW YORK, NY 10013