**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN DAVIDSON<br><br>Plaintiff,<br><br>v.<br><br>ST. HUGH OF LINCOLN ROMAN CATHOLIC CHURCH,<br><br>Defendant. | Case No. 2:23-cv-04580 |

**STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 9027(e)(3)**

Pursuant to Federal Rules of Bankruptcy Procedure 9027(e)(3), Plaintiff states that Plaintiff does not consent to the bankruptcy court's entry of final orders or judgment.

Dated: New York, New York
July 7, 2023

Respectfully submitted,

*/s/ Trent B. Miracle*

Trent B. Miracle
Simmons Hanly Conroy LLC
112 Madison Ave. 7th Floor
New York, NY 10016
(212) 784-6400
tmiracle@simmonsfirm.com